**Order filed May 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-14-00179-CR
_____

**MATTHEW JOSEPH OLIVEIRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 7
Harris County, Texas
Trial Court Cause No. 1934280**

---

## ORDER

Appellant is representing himself on appeal. No reporter's record has been filed in this case. Sandra L. Powell, the official court reporter for the County Criminal Court at Law No. 7, informed this court that appellant had not made arrangements for payment for the reporter's record. On April 22, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant to file a brief in this appeal on or before June 23, 2014. If he does not timely file the brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM